UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-cv-61931-FAM

CODY BECKER, individually and on behalf
All others similarly situated,

    Plaintiff,

v.

ADROIT HEALTH GROUP, LLC,

    Defendants.

_____/

**AGREED [PROPOSED] ORDER FOR ENLARGEMENT OF TIME**

THIS CAUSE having come before the Court on the Unopposed Motion for Enlargement of Time to Respond to Complaint (the "Motion") filed by Defendant, ADROIT HEALTH GROUP, LLC.  The Court having reviewed the Court record, the Motion, and otherwise being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.
2. Defendant shall respond to Plaintiff's Complaint on or before October 11, 2018.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida this \_\_\_ day of _____.

                                          _____
                                          United States District Judge

Copies furnished to:
Counsel of Record